# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 1:21-cv-6105

Darrell Taylor, Kevin Lewis, Darrell Burkhart, and Leevertis Page, individually and on behalf of all others similarly situated
v.
The Salvation Army National Corporation, and The Salvation Army d/b/a Central Territorial of The Salvation Army

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Darrell Taylor, Kevin Lewis, Darrell Burkhart, and Leevertis Page, individually and on behalf of all others similarly situated

| NAME (Type or print) |  |
|---|---|
| Nieves Bolanos |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Nieves Bolanos |  |
| FIRM |  |
| Fish Potter Bolaños, P.C. |  |
| STREET ADDRESS |  |
| 111 East Wacker Drive, Suite 2600 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6299128 | 312-861-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |