List of Admissions for Anna P. Prakash

| Court | Date of Admission |
|---|---|
| Minnesota Supreme Court | 11/14/2005 |
| United States District Court for the District of Colorado | 4/28/2020 |
| United States District Court for the District of Minnesota | 7/22/2009 |
| United States District Court for the Eastern District of Michigan | 7/8/2009 |
| United States District Court for the Eastern District of Wisconsin | 11/22/2016 |
| United States District Court for the Northern District of Florida | 9/13/2011 |
| United States District Court for the Western District of New York | 3/27/18 |
| United States Court of Appeals for the 4th Circuit | 1/14/2016 |
| United States Court of Appeals for the 6th Circuit | 9/11/2014 |
| United States Court of Appeals for the 7th Circuit | 8/8/2014 |
| United States Court of Appeals for the 8th Circuit | 8/15/2016 |
| United States Court of Appeals for the 9th Circuit | 6/7/2019 |
| United States Supreme Court | 1/11/2016 |