Caroline E. Bressman Continued List of Admissions:

| Court | Admission Date |
|---|---|
| U.S.D.C. of Michigan Eastern District | March 11, 2020 |
| United States Court of Appeals for the Sixth Circuit | August 24, 2020 |