List of Admissions for Matthew C. Helland

| Court | Date of Admission |
|---|---|
| CA State Bar | 7/25/2007 |
| MN State Bar | 11/18/2005 |
| Central District of California | 8/28/2007 |
| Northern District of California | 8/23/2007 |
| Eastern District of California | 8/24/2007 |
| Southern District of California | 8/28/2007 |
| District of Minnesota | 11/28/2005 |
| 8th Circuit | 2/7/2012 |
| 9th Circuit | 8/23/2013 |
| 10th Circuit | 1/10/2019 |
| District of Colorado | 2010 |
| Supreme Court of US | 10/2/2017 |