| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF ILLINOIS |
|---|---|
| Darrell Taylor, et al.<br><br>                        Plaintiffs,<br>v.<br>The Salvation Army National Corporation, et al.<br>                        Defendants, | Court File Number<br>1:21-cv-06105<br><br>AFFIDAVIT OF SERVICE |

State of Illinois } SS
County of Sangamon }

I, __Philip cravens__, state that on
    (Name of Server)

__11__ / __18__ /2021 at __9:33 A__ M, I served the:
(Date of Service)    (Time of Service)

    Summons, Complaint and Civil Cover Sheet; Notice of Appearance of David J. Fish; Notice of
    Appearance of Maria De Las Nieves Bolaños; Minute entry before the Honorable John Robert
    Blakey; Notice of Correction; and Plaintiffs' Exhibit A regarding Electronically Stored
    Information

upon: Central Territorial of the Salvation Army

therein named, personally at:    Illinois Corporation Service C
                                      801 Adlai Stevenson Drive
                                    Springfield, IL 62703

by handing to and leaving with:

    __Ethan Smith    Clerk__ - Service of Process Specialist
    (Name of the Person with whom the documents were left)

at Illinois Corporation Service C, the Registered Agent for Central Territorial of the
Salvation Army, expressly authorized to accept service of process for same, a true and correct
copy thereof.

I declare under penalty of perjury that this information is true.

                              Dated: __18__ / __Nov__ /2021          __/s/ Philip cravens__
                                                                                 (Signature of Server)

                                                                                        __Philip cravens__
                                                                                        (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # NICKAA 260886 3142

Re: 1:21-cv-06105



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com