UNITED STATES DISTRICT COURT      NORTHERN DISTRICT OF ILLINOIS

Darrell Taylor, et al.

        Plaintiffs,

Court File Number
1:21-cv-06105

v.

The Salvation Army National Corporation, et al.
        Defendants,

**AFFIDAVIT OF SERVICE**

State of Virginia   } SS
County of Chesterfield }

I, **Christopher S. Hester**, (Name of Server) state that on **11/18/2021** at **1:00 P**M, I served the:

Summons, Complaint and Civil Cover Sheet; Notice of Appearance of David J. Fish; Notice of Appearance of Maria De Las Nieves Bolaños; Minute entry before the Honorable John Robert Blakey; Notice of Correction; and Plaintiffs' Exhibit A regarding Electronically Stored Information

upon: The Salvation Army National Corporation

therein named, personally at:    CT Corporation System
                                    Suite 285
                                    4701 Cox Road
                                    Glen Allen, VA 23060

by handing to and leaving with:

**Katie Bush** - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for The Salvation Army National Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **11/30/2021**         _____
                                            (Signature of Server)

                                            **Christopher S. Hester**
                                            (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NICKAA 260885 3141

Re: 1:21-cv-06105



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

# Service Authorization
# CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*<u>As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.</u>*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

| Katie Bush | Teresa Brown | Julie Parrish |

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 25th day of March, 2021.

_____
Notary Public

DORINDA NESBITT SLAUGHTER
NOTARY PUBLIC
REG # 7529659
MY COMMISSION EXPIRES 4/30/2024
COMMONWEALTH OF VIRGINIA