# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Darrel Taylor, Kevin Lewis, Darrell Burkart, and Leevertis Page v. The Salvation Army, et al

Case Number: 21-cv-06105

An appearance is hereby filed by the undersigned as attorney for:

The Salvation Army National Corporation and The Salvation Army

Attorney name (type or print): Amy M. Gibson

Firm: Aronberg Goldgehn Davis & Garmisa

Street address: 330 N. Wabash Ave., Suite 1700

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6293612
(See item 3 in instructions)

Telephone Number: 312-828-9600

Email Address: agibson@agdglaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 8, 2021

Attorney signature: S/ Amy M. Gibson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015