# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated, | Case No. 21-cv-06105 |
| Plaintiffs, | Honorable John R. Blakey |
| v. | |
| THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORIAL OF THE SALVATION ARMY | |
| Defendants. | |

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD

Defendants, The Salvation Army National Corporation and The Salvation Army d/b/a Central Territorial of the Salvation Army (collectively, "Defendants"), by and through their attorneys, move to extend the time to file an answer or to otherwise plead in response to Plaintiffs' Complaint. In support of this Motion, Defendants state as follows:

1. On November 15, 2021, Plaintiffs filed their Class Action Complaint against Defendants alleging several violations of the Federal Trafficking Victims Protection Reauthorization Act. (Dkt. 1)

2. On November 18, 2021, Defendants were served with the Summons and Complaint, requiring responsive pleadings to be filed on or before December 9, 2021. (Dkts. 12-13)

3. Counsel for Defendants contacted counsel for Plaintiffs to request an extension of time to answer or otherwise plead. Plaintiff's counsel agreed to an extension through and including January 7, 2022.

4.      This requested extension of time is necessary to allow Defendants' counsel to investigate the allegations of the Complaint and to prepare a motion to dismiss pursuant to Rule 12(b).

5.      This is the Defendants' first request for an extension.

6.      This Motion is not made in bad faith or for the purpose of delay, and it will not prejudice the Plaintiffs.

Wherefore, Defendants, The Salvation Army National Corporation and The Salvation Army d/b/a Central Territorial of the Salvation Army, respectfully request that this Court grant them an extension of time to answer or otherwise plead through January 7, 2022, and grant them such other and further relief as this Court deems just and reasonable.

Dated: December 8, 2021

Respectfully submitted,

THE SALVATION ARMY NATIONAL CORPORATION AND THE SALVATION ARMY D/B/A CENTRAL TERRITORIAL OF THE SALVATION ARMY

*/s/ Amy M. Gibson*
One of his attorneys

Amy M. Gibson (ARDC No. 6293612)
agibson@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600

Thomas P. Gies
Crowell Morning
1001 Pennsylvania Avenue NW
Washington, DC 20004
tgies@crowell.com
Motion for Pro Hac Vice pending (Dkt. 140)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD** was served upon on all counsel of record electronically through CM/ECF on December 8, 2021.

*/s/ Amy M. Gibson*

4853-4304-5382, v. 2