# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darrell Taylor, et al.

                          Plaintiff,

v.                                       Case No.: 1:21−cv−06105
                                           Honorable John Robert Blakey

Central Territorial of The Salvation Army, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 9, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Thomas Gies' motion for leave to appear pro hac vice [14] is granted. Defendant's agreed motion for extension of time to answer or otherwise plead [16] is also granted and any answer shall be filed on or before 1/7/2022. Joint status report shall be filed on or before 1/14/2022. Motion hearing set for 12/16/2021 is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.