Lucy B. Bansal Continued List of Admissions:

| Court | Admission Date |
|---|---|
| Fourth Circuit Court of Appeals | 6/8/2015 |
| U.S. Court of Federal Claims | 3/1/2016 |
| U.S. District Court for the Western District of New York | 6/1/2018 |