Janet M. Herold Continued List of Admissions:

| Court | Admission Date |
| --- | --- |
| New York Court of Appeals | 1998 |
| U.S. District Court for the Central District of California | 12/10/1996 |
| U.S. District Court for the Southern District of California | 5/6/2021 |