# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORY OF THE SALVATION ARMY, <br><br> Defendants. | Case No. 1:21-cv-06105 |

## DEFENDANT THE SALVATION ARMY'S NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois and Federal Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Salvation Army, an Illinois corporation ("Illinois Corporation") (incorrectly identified in the Complaint as "The Salvation Army d/b/a Central Territory of The Salvation Army") submits the following:

Illinois Corporation is a nongovernmental corporation that does not have any affiliates.

Dated: January 7, 2022

Respectfully submitted,

s/ Amy M. Gibson

Amy M. Gibson, ARDC # 6293612
agibson@agdglaw.com
Maryam Arfeen, ARDC #6316640
marfeen@agdglaw.com
ARONBERG GOLDGEHN
330 North Wabash Avenue – Suite 1700
Chicago, Illinois 60611
312-828-9600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2022, I electronically filed the foregoing Defendant's Notification of Affiliates with the Clerk of the Court by using the CM/ECF system which will serve a Notice of Filing on all counsel of record.

By: */s/ Amy M. Gibson*
Amy M. Gibson
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Ave., Suite 1700
Chicago, Illinois 60611
(ph) 312-828-9600
(fax) 312-828-9635
agibson@agdglaw.com

*Attorneys for Defendants*

4862-4966-6825, v. 1