IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>- against -<br><br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORY OF THE SALVATION ARMY,<br><br>                Defendant. | Case No. 1:21-cv-06105 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF 15 PAGES**

Defendants, The Salvation Army National Corporation and The Salvation Army, an Illinois corporation[1] ("Defendants"), by and through their attorneys, Aronberg Goldgehn, seeks leave from this Court to file their Rule 12(b)(1), (2), and (6) Motion to Dismiss the Class Action Complaint ("Complaint") (Dkt No. 1), in excess of fifteen (15) pages. In support of their Motion, Defendants state as follows:

1.    Local Rule 7.1 prohibits briefs in support of or in opposition to any motion that exceed 15 pages, unless the Court approves such a filing. The rule further requires any brief in excess of 15 pages to include a table of contents with the pages noted and a table of cases.

2.    Defendants request leave to file 10 additional pages in support of its Motion to Dismiss the Complaint, for a total of 25 pages.

---

[1] The complaint incorrectly identifies Defendant The Salvation Army, an Illinois corporation as "The Salvation Army d/b/a Central Territory of The Salvation Army."

3. The additional pages are necessary to: (a) provide a complete recitation of the lengthy allegations of the Complaint, which consist of 297 separately numbered paragraphs set forth in 42 pages, and (b) address the threshold legal issues raised by the Complaint – namely: 1) whether the Court has personal jurisdiction over The Salvation Army National Corporation under FRCP Rule 12(b)(2); 2) whether the so-called "National Classes" alleged in the Complaint are properly asserted against a Defendant over whom the Court lacks jurisdiction; 3) whether the Complaint properly pleads Article III standing under FRCP Rule 12(b)(1); and 4) whether the Complaint states a claim against either Defendant for violation of the Trafficking Victims Protection Reauthorization Act ("TVPRA") under FRCP Rule 12(b)(6). The additional 10 pages are necessary to allow Defendants to properly present their respective defenses.

4. A copy of Defendants' Motion to Dismiss and Memorandum of Law in support of the Motion, with a table of contents and table of authorities pursuant to Local Rule 7.1, are attached as **Exhibits 1 and 2**, respectfully.

5. Counsel for Plaintiffs have no objection to this Motion.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Leave to File Brief in Excess of 15 Pages, and award them any other relief that the Court deems just and equitable.

Dated: January 7, 2022          Respectfully submitted,

s/ Amy M. Gibson
Amy M. Gibson, ARDC # 6293612
agibson@agdglaw.com
ARONBERG GOLDGEHN
330 North Wabash Avenue – Suite 1700
Chicago, Illinois 60611
312-828-9600

                        Thomas P. Gies
                        tgies@crowell.com
                        CROWELL & MORING LLP
                        1001 Pennsylvania Avenue, N.W.
                        Washington, DC 20004
                        (202) 624-2690

                        Admitted *pro hac vice*
                        Attorneys for Defendants

4880-2758-4776, v. 1

DCACTIVE-64390318.1