IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>    v.<br><br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORIAL OF THE SALVATION ARMY<br><br>           Defendants. | Case No. 21-cv-06105<br><br><br>Honorable John R. Blakey |

## NOTICE OF MOTION

TO:    All Counsel of Record

    PLEASE TAKE NOTICE that on **January 27, 2022**, at **11:00 a.m.**, or as soon thereafter counsel may be heard, we shall appear before the Honorable Judge Robert Blakey in Courtroom 1203 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there remotely present, **Unopposed Motion for Leave to File Brief in Excess of 15 Pages**, a copy of which is served upon you.

                                                 THE SALVATION ARMY NATIONAL
                                                 CORPORATION AND THE SALVATION ARMY

                                                 By: /s/ *Amy M. Gibson*
                                                          One of its attorneys

Amy M. Gibson (ARDC 6293612)
agibson@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600

Thomas P. Gies
Crowell Morning
1001 Pennsylvania Avenue NW
Washington, DC 20004
tgies@crowell.com
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on January 7, 2022, I electronically filed the foregoing notice with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                /s/ *Amy M. Gibson*

4855-0465-4089, v. 1