# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darrell Taylor, et al.

                                   Plaintiff,

v.                                         Case No.: 1:21−cv−06105
                                         Honorable John Robert Blakey

Central Territorial of The Salvation Army, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2022:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' unopposed motion for leave to file an oversized brief [26]. Defendants shall file their motion to dismiss [26−1] as a separate docket entry. The 1/27/22 Notice of Motion date and 1/14/22 status report deadlines are stricken. In response to the motion to dismiss, Plaintiffs shall review the Court's Standing Order on Motions to Dismiss, which is available on the Court's homepage at www.ilnd.uscourts.gov. Consistent with the purpose of the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, this Court's Standing Order requires Plaintiffs to make an election as to whether they will amend the complaint under Rule 15(a)(1), or stand on the current complaint and proceed with briefing on the motion to dismiss. To this end, Plaintiffs shall file either: (1) an amended complaint within the time limit set forth in Fed. R. Civ. P. 15(a)(1)(B) (by 1/28/22); or (2) a response to the motion to dismiss by 2/4/22. If Plaintiffs file a response, Defendants shall file a reply by 2/18/22. If Plaintiffs elect to amend their complaint in response to the motion to dismiss, then Defendants shall file within 21 days of the amended pleading either: (1) an answer; or (2) a revised motion to dismiss. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.