# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORY OF THE SALVATION ARMY,<br><br>Defendant. | Case No. 1:21-cv-06105 |

## DECLARATION OF Randall Polsley
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Randall Polsley, do hereby swear, affirm and attest as follows:

1. I am a minister of the Gospel, being an Officer of The Salvation Army, a distinct international religious denomination and charitable organization, a branch of the Christian Church, which was founded in Great Britain in 1865 and is a church for all purposes.

2. I am the Commander of the Adult Rehabilitation Centers Command of The Salvation Army's Central Territory within the United States (the "Central Territory"), which is operated by The Salvation Army, an Illinois corporation (the "Illinois Corporation"), the corporate instrumentality of the Central Territory. I am familiar with the operations of the Illinois Corporation and the Adult Rehabilitation Centers ("ARCs") operated by the Illinois Corporation. I have personal knowledge of the facts set forth below, and if called as a witness, I could testify competently to the truth of these facts. I submit this Declaration in support of the Motion to Dismiss Plaintiffs' Complaint filed by Defendants the Illinois Corporation and The Salvation Army National Corporation (the "National Corporation").

1

3. As a matter of The Salvation Army's worldwide ecclesiastical structure, The Salvation Army has divided its operations in the United States into four geographic "Territories." Separate Salvation Army religious and non-profit corporate entities have been established, in turn, to conduct the activities of The Salvation Army in each of the four Territories within the United States, each of which operate independently and exclusively within their own relevant geographic areas.

4. The Central Territory is comprised of the following eleven Midwestern states: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota and Wisconsin (the "Central Territory").

5. All of the activities and affairs of the Central Territory are conducted by the Illinois Corporation and are under the supervision of the Board of Trustees of the Illinois Corporation: such activities and affairs are not under the control of the National Corporation. The National Corporation does not appoint the Board of Trustees of the Illinois Corporation, for example, nor does the National Corporation appoint the executive officers of the Illinois Corporation. The National Corporation does not set or approve the annual budget of the Illinois Corporation, the National Corporation does not determine or approve what programs the Illinois Corporation provides, the National Corporation has no authority over the investment assets of the Illinois Corporation and the National Corporation has no input into the hiring or termination of employees of the Illinois Corporation. In addition, the National Corporation does not determine or approve what religious and charitable programs the Illinois Corporation offers to the public.

6. The properties of The Salvation Army in the Central Territory are owned by the Illinois Corporation, a religious and non-profit entity incorporated in the State of Illinois. The Illinois Corporation has its headquarters in Hoffman Estates, Illinois, from which it directs, controls, and coordinates all of the operations of the Central Territory.

7. The ARCs and their related facilities within the Central Territory are solely operated by the Illinois Corporation, and the properties from which they operate are solely owned or leased directly by the Illinois Corporation.

8. The Illinois Corporation is the sole entity that makes decisions regarding admission, discharge, or participation of beneficiaries at the ARCs in the Central Territory. No other Salvation Army entity, including but not limited to the National Corporation, makes decisions regarding these matters. The Illinois Corporation likewise is the only entity involved in the management of the ARCs in the Central Territory. This includes the determination and monitoring of work therapy assignments given to ARC beneficiaries, as well as the nature of the spiritually based counseling that is provided to the beneficiaries of the ARCs, The Illinois Corporation has not entered into or participated in a venture or any other type of business relationship with the National Corporation, with respect to the operations of the ARCs by the Illinois Corporation in the Central Territory.

9. The Illinois Corporation does not operate outside of the geographic area of the Central Territory and does not control the operations of any of the other Salvation Army Territories or of the National Corporation, including but not limited to any ARCs within the other three geographic Territories in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 7, 2022 at Hoffman Estates, Illinois

Randall Polsley

DCACTIVE-64280184 1