IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORIAL OF THE SALVATION ARMY<br><br>Defendants. | Case No. 21-cv-06105<br><br>Honorable John R. Blakey |

## NOTICE OF FILING

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **January 11, 2022**, the undersigned caused to be filed in the United States District Court for the Northern District of Illinois the attached ***DEFENDANTS' RULE 12(b)(1), (2), AND (6) MOTION TO DISMISS THE COMPLAINT*** and ***DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF RULE 12(b)(1), (2) AND (6) MOTION TO DISMISS***, a copy of which is served upon you

                                      THE SALVATION ARMY NATIONAL
                                      CORPORATION AND THE SALVATION
                                      ARMY, an Illinois Corporation

                                      By: /s/ *Amy M. Gibson*
                                              One of its attorneys

Amy M. Gibson (ARDC 6293612)
agibson@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600

Thomas P. Gies
Crowell Morning
1001 Pennsylvania Avenue NW
Washington, DC 20004
tgies@crowell.com
Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 11, 2022, I electronically filed the foregoing notice with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                            /s/ *Amy M. Gibson*

4891-2901-4281, v. 1