UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORY OF THE SALVATION ARMY,<br><br>Defendant. | Case No. 1:21-cv-06105 |

## DECLARATION OF RANDALL POLSLEY
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Randall Polsley, do hereby swear, affirm and attest as follows:

1. I am a minister of the Gospel, being an Officer of The Salvation Army, a distinct international religious denomination and charitable organization, a branch of the Christian Church, which was founded in Great Britain in 1865 and is a church for all purposes.

2. I am the Commander of the Adult Rehabilitation Centers Command of The Salvation Army's Central Territory within the United States (the "Central Territory"), which is operated by Defendant The Salvation Army, an Illinois corporation ("Central"), the corporate instrumentality of the Central Territory. I am familiar with Central's operations and the Adult Rehabilitation Centers ("ARCs") operated by Central. I have personal knowledge of the facts set forth below, and if called as a witness, I could testify competently to the truth of these facts. I submit this Declaration in support of the Motion to Dismiss Plaintiffs' First Amended Complaint, filed by Central and The Salvation Army National Corporation ("National").

1

3. As a matter of The Salvation Army's worldwide ecclesiastical structure, The Salvation Army has divided its operations in the United States into four geographic "Territories." Separate Salvation Army religious and non-profit entities have been established, in turn, to conduct the activities of The Salvation Army in each of the four Territories within the United States, each of which operate independently and exclusively within their own relevant geographic areas.

4. The Central Territory is comprised of the following eleven Midwestern states: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota and Wisconsin

5. All of the activities and affairs of the Central Territory are conducted by Central and are under the supervision of Central's Board of Trustees; such activities and affairs are not under the control of National or of any of the entities that conduct the activities of the other three geographic Territories.

6. The properties of The Salvation Army in the Central Territory are owned by Central, a religious and non-profit entity incorporated in the State of Illinois. Central has its headquarters in Hoffman Estates, Illinois, from which it directs, controls, and coordinates all of the operations within the Central Territory. As with any nonprofit corporation, Central has no stock and no individual or other entity has any equity or other ownership interest in Central.

7. The ARCs and their related facilities within the Central Territory are solely operated by Central, and the properties from which they operate are solely owned or leased directly by Central.

8. Central is the sole entity that makes decisions regarding admission, discharge, or participation of beneficiaries at the ARCs in the Central Territory. No other Salvation Army entity, including but not limited to National, makes decisions regarding admission, discharge, or participation of beneficiaries at the ARCs in the Central Territory. Central has not entered into or

participated in a venture or any other type of business relationship with National, with respect to the operations of the ARCs by Central in the Central Territory.

9. Central does not operate outside of the geographic area of the Central Territory and does not control the operations of any of the other Salvation Army Territories or of National, including but not limited to any ARCs within the other three geographic Territories in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2022 at Hoffman Estates, Illinois

_____
Randall Polsley