UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORY OF THE SALVATION ARMY,<br><br>Defendant. | Case No. 1:21-cv-06105 |

### DECLARATION OF COLONEL KENNETH O. JOHNSON, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Colonel Kenneth O. Johnson, Jr., do hereby swear, affirm and attest as follows:

1. I am the National Chief Secretary of The Salvation Army and Vice President of The Salvation Army National Corporation, a New Jersey corporation ("National"). I am an ordained minister of the Gospel, being an Officer of The Salvation Army. I am familiar with the operations of National, have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to the truth of these facts. I submit this Declaration in support of the Motion to Dismiss Plaintiffs' First Amended Complaint, filed jointly by t National and Defendant The Salvation Army, an Illinois corporation ("Central").

2. The Salvation Army is an international religious and charitable organization, a branch of the Christian Church, and is a church for all purposes.

3. As a matter of The Salvation Army's worldwide ecclesiastical structure, there are several separate Salvation Army religious and non-profit corporate entities that have been established within the United States. National is one such entity.

1

4. National is a legal entity that was established for the purpose of owning the assets of The Salvation Army's National Headquarters in Alexandria, Virginia and conducting the operations of the National Headquarters.

5. National acts only as an administrative coordinating office to support the activities of The Salvation Army in the United States. National does not operate any religious or charitable programs and does not control the operations of Central, or any other Salvation Army entities.

6. All of the activities of National are conducted under the supervision of the Board of Trustees/Directors of National and are not under the control of Central, or any other Salvation Army entities.

7. National is incorporated in the State of New Jersey and has its headquarters in Alexandria, Virginia, from which it directs, controls, and coordinates its activities.

8. National does not operate in, and is not registered to do business in, the State of Illinois.

9. National has no control over, or involvement in, any decision with respect to the day-to-day activities of the Adult Rehabilitation Center programs ("ARCs") within Illinois, Michigan, or anywhere in the geographic area in which Central operates, which comprises the states of Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota and Wisconsin (the "Central Territory"), including any decision as to whether to admit, retain, or discharge an individual from participating in an ARC program.

10. National operates no programs in which Darrell Taylor, Charles Lucas, Kevin Lewis, Darrell Burkhart or Leevertis Page would ever have participated. National, including its employees or agents, has never had any contact or involvement with Plaintiffs Darrel Taylor, Charles Lucas, Kevin Lewis, Darrell Burkhart, or Leevertis Page in providing services to such individuals, nor to my knowledge, any contact with such individuals. National, including its employees or agents, have

2

no knowledge of the specific activities in which these individuals participated while they were beneficiaries at ARCs operated by Central.

11. National has not entered into or participated in a venture or any other type of business relationship with respect to the operations of the ARCs by Central in the Central Territory.

12. National does not own or lease any property out of which ARCs are operated within the Central Territory, including Illinois.

13. National does not own or lease any property in Illinois.

14. National does not have any employees in Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17. 2022, at Alexandria, Virginia

Colonel Kenneth O. Johnson, Jr