# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DARREL TAYLOR, KEVIN LEWIS, DARRELL BURKHART, and LEEVERTIS PAGE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br>THE SALVATION ARMY NATIONAL CORPORATION, and THE SALVATION ARMY d/b/a CENTRAL TERRITORIAL OF THE SALVATION ARMY<br><br>        Defendants. | Case No. 21-cv-06105<br><br>Honorable John R. Blakey |

## NOTICE OF FILING

TO:    All Counsel of Record

      PLEASE TAKE NOTICE that on **February 22, 2022**, the undersigned caused to be filed in the United States District Court for the Northern District of Illinois the attached ***DEFENDANTS' RULE 12(b)(1), (2), AND (6) MOTION TO DISMISS THE FIRST AMENDED COMPLAINT*** and ***DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF RULE 12(b)(1), (2) AND (6) MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT***, a copy of which is served upon you

                                    THE SALVATION ARMY NATIONAL
                                    CORPORATION AND THE SALVATION
                                    ARMY, an Illinois Corporation

                                    By: /s/ *Amy M. Gibson*
                                                    One of its attorneys

Amy M. Gibson (ARDC 6293612)
agibson@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600

Thomas P. Gies
Crowell Morning
1001 Pennsylvania Avenue NW
Washington, DC 20004
tgies@crowell.com
Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on February 22, 2022, I electronically filed the foregoing notice with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                /s/ *Amy M. Gibson*

4855-9918-6960, v. 1