# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 6, 2024

Before

**KENNETH F. RIPPLE**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*
**CANDACE JACKSON-AKIWUMI**, *Circuit Judge*

| No. 23-1218 | DARRELL TAYLOR, et al., <br>         Plaintiffs - Appellants <br><br> v. <br><br> THE SALVATION ARMY NATIONAL CORPORATION, <br>         Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-06105 <br> Northern District of Illinois, Eastern Division <br> District Judge John Robert Blakey ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

*CERTIFIED COPY*
*A True Copy*
*Teste:*

*Deputy Clerk*
*of the United States*
*Court of Appeals for the*
*Seventh Circuit*